### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN WAYNE MOBLEY,** : | |
|     Petitioner, : | |
| : | **CIVIL ACTION NO:** |
| v. : | **06-4591** |
| : | |
| **HARRY WILSON, ET AL.,** : | |
|     Respondent. : | |

### ORDER

**AND NOW**, this _____ day of May, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey and no objections having been filed thereto by *pro se* Petitioner, Kevin W. Mobley, **IT IS HEREBY ORDERED and DECREED** that the petition for habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies, and no certificate of appealability shall be issued.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case **CLOSED**.

                                              **BY THE COURT:**

                                              **/s/ Petrese B. Tucker**

                                              **Honorable Petrese B. Tucker, U.S.D.J.**